**Abatement Order filed September 16, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00708-CR
_____

**VICTOR TODD WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1386052**

---

## ABATEMENT ORDER

This appeal is from a judgment signed July 29, 2013. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See Anders*, 386 U.S. at 744. Accordingly, the case is abated and remanded to the trial court with instructions to appoint other counsel and have a supplemental clerk's record

containing that appointment filed with the clerk of this Court within thirty (30) days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's supplemental clerk's record is filed with this Court.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.